IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN 21 P 3: 54
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| WENDY KINCHEN, Individually and as Personal Representative of SHELLIE LEE KINCHEN WOOD, <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY CENTER FOR HUMAN DEVELOPMENT, GLYNN BRUNSWICK MEMORIAL HOSPITAL AUTHORITY d/b/a/ CAMDEN MEDICAL CENTER, JARRET B. BOLIN, MARGRET HURLEY, <br><br> Defendants. | CIVIL ACTION <br><br><br> NO. CV204-63 |

## ORDER

Having read and considered Defendants, Glynn-Brunswick Memorial Hospital Authority, d/b/a Camden Medical Center, and Margaret Hurley's, Motion to Disburse Funds the Clerk is hereby ordered to issue a check payable to Gilbert, Harrell, Sumerford & Martin, P.C. at the address of P.O. Box 190, Brunswick, Georgia, 31521-0190, in the amount of $10,054.62 plus all accrued interest pertaining thereto. The Federal Tax ID Number of these Defendants' counsel to whom this check shall be made payable is 58-1821700.

SO ORDERED, this 21st day of June, 2005.

_____
Judge, United States District Court for the Southern
District of Georgia, Brunswick Division