In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 18 P 2: 29

CLERK _D. Taylor_
SO. DIST. OF GA.

WENDY KINCHEN, individually : CIVIL ACTION
and as personal representative
of SHELLIE LEE KINCHEN WOOD, :

    Plaintiff, :

        v. :

GATEWAY CENTER FOR HUMAN :
DEVELOPMENT, GLYNN BRUNSWICK
MEMORIAL HOSPITAL AUTHORITY :
d/b/a CAMDEN MEDICAL CENTER,
JARRETT B. BOLIN, MARGARET :
HURLEY,
                                :
    Defendant.           NO. CV204-63

## O R D E R

Having read and considered the Motion to Disburse Funds, filed by Defendants, Gateway Community Service Board (incorrectly named as the "Gateway Center for Human Development") and Jarrett B. Bolin, the Clerk is hereby ordered to issue a check payable to the Georgia Department of Administrative Services, 200 Piedmont Avenue, Suite 1208 – West Tower, Atlanta, Georgia, 30334, in the amount of Five Thousand

AO 72A
(Rev. 8/82)

Two Hundred Seventy-nine and 16/100 ($5,279.16) Dollars, plus all accrued interest pertaining thereto, and to forward same to counsel for these Defendant, David C. Will, at the following address: Owen, Gleaton, Egan, Jones & Sweeney, 1230 Peachtree Street, N. E., Suite 1400, Atlanta, Georgia 30309.

**SO ORDERED**, this 15th day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)